FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

AUG 23 2021

BY
DEPUTY_____

General Complaint

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

STEVEN ROBERT HAMILTON, INDIVIDUALLY,

AND AS HEIR TO AND REPRESENTATIVE OF THE

ESTATE OF ROBERT MARK HAMILTON

Case Number: 1:21cv454

List the full name of each plaintiff in this action.

VS.

**UNITED STATES OF AMERICA**

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.   ATTEMPT TO SECURE COUNSEL:

Please answer the following concerning your attempt to secure counsel.

A.   In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

1. Employ Counsel
2. Court - Appointed Counsel
3. Lawyer Referral Service of the State Bar of Texas,
   P. O. Box 12487, Austin, Texas 78711.

B.   List the name(s) and address(es) of the attorney(s):

BEVERLY A DELHOMME, 3626 N HALL STREET SUITE 610,

**DALLAS TX 75219,**

SHE SPOKE TO FIVE DIFFERENT ATTORNEYS ON MY BEHALF

C.  Results of the conference with counsel:

SHE COULD NOT PURSUE MY CASE AND NO ONE WAS WILLING TO TAKE MY CASE.

II.  List previous lawsuits:

A.  Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents?   X  Yes   ____ No

B.  If your answer to "A" is "yes", describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

1.  Approximate file date of lawsuit: 11/06/2020

2.  Parties to previous lawsuit(s):

Plaintiff STEVEN ROBERT HAMILTON, INDIVIDUALLY, AND AS HEIR TO AND REPRESENTATIVE OF THE ESTATE OF STEVEN ROBERT HAMILTON

Defendant THE MEDICAL CENTER OF SOUTHEAST TEXAS; MICHAEL LLOYD; MCMAHON JR, M.D.; MID COUNTY MCMAHON JR, M D.; MID COUNTY MEDICAL GROUP, P.A.

Attach a separate piece of paper for additional plaintiffs or defendants.

3.  Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.

IN THE DISTRICT COURT JEFFERSON COUNTY, TEXAS 172ND JUDICIAL DISTRICT

4.  Docket number in other court. E-206548

5.  Name of judge to whom the case was assigned.
Honorable Mitch Templeton

6.  Disposition: Was the case dismissed, appealed or still pending?

DISMISSED

7.  Approximate date of disposition. 03/17/21

III. Parties to this suit:

A. List the full name and address of each plaintiff:

Pla #1 STEVEN ROBERT HAMILTON
317 S HOUSTON
DELEON, TX 76444

Pla #2 STEVEN ROBERT HAMILTON AS HEIR TO AND REPRESENTATIVE OF THE ESTATE OF STEVEN ROBERT HAMILTON
317 S HOUSTON
DELEON TX 76444

B. List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1: MERRICK GARLAND ATTORNEY GENERAL
UNITED STATES DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW, WASHINTON,DC 20530-0001

Dft #2: CIVIL-PROCESS CLERK, UNITED STATES ATTORNEY'S OFFICE
550 FANNIN, SUITE 1250, BEAUMONT TX 77701

Dft #3 FCI BEAUMONT LOW, South Central Region, Federal Bureau of Prisons
U.S. Armed Forces Reserve Complex 344 Marine Forces Drive
Grand Prairie, TX 75051

Attach a separate sheet for additional parties.

IV:   Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

## SEE ATTACHED PAGE

ROBERT MARK HAMILTON IS THE DECEDENT. DECEDENT HAD CARDIAC

SURGERY ON AUGUST 20, 2018 AT THE MEDICAL CENTER OF SOUTHEAST

TEXAS. DECEDENT WAS DISCHARGED INTO THE CUSTODY OF FCI BEAUMONT

LOW ON AUGUST 24, 2018. DECEDENT THEREAFTER EXPERIENCED CHEST

PAIN, HE WAS NOT PROVIDED MEDICAL TREATMENT NOR GIVEN PRESCRIBED

MEDICATION. AS A RESULT, PLAINTIFF DIED ON AUGUST 30, 2018. DATES AP

## SEE ATTACHED PAGE

V. Relief: State Briefly exactly what you want the court to do for you. Make no legal arguments and do not cite cases or statutes. Attach additional pages if necessary.

COMPENSATION FOR THE LOSS OF MY FATHER;

COMPENSATION FOR MY FATHER'S PAIN;

RULING THAT THE PRISON'S ACTIONS WERE WRONG AND CAUSED

MY FATHER'S DEATH NEEDLESSLY AND CARELESSLY;

COST OF MY FATHER'S FUNERAL AND BURIEL;

ANYTHING ELSE THE LAW ALLOWS.

Signed this __20__ day of __AUGUST__ (Month), 20 __21__ (Year).

*[signature]*
STEVEN HAMILTON

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: __AUGUST 20, 2021__
Date

*[signature]*

Signature of each plaintiff

ATTACHMENT TO LAWSUIT:

ROBERT MARK HAMILTON IS THE DECEDENT. DECEDENT HAD CARDIAC SURGERY ON AUGUST 20, 2018 AT THE MEDICAL CENTER OF SOUTHEAST TEXAS. DECEDENT WAS DISCHARGED INTO THE CUSTODY OF FCI BEAUMONT LOW ON AUGUST 24, 2018. DECEDENT THEREAFTER EXPERIENCED CHEST PAIN, HE WAS NOT PROVIDED MEDICAL TREATMENT NOR GIVEN PRESCRIBED MEDICATION. AS A RESULT, PLAINTIFF DIED ON AUGUST 30, 2018. DATES AP

Claimant's, Steven Robert Hamilton, father, Robert Mark Hamilton (RMH) was in the FCI-Low Beaumont unit. On August 17, 2018, RMH developed chest pain and was transported by ambulance to Medical Center of the Southeast TX. On August 20, 2018, RMH had cardiac bypass surgery. RMH's physicians recommended and their discharge orders reflected that RMH needed post-surgery rehabilitation at Mid Jefferson Extended Care. Instead, RMH was transported back to FCI-Low Beaumont. RMH immediately developed chest pain, was not provided competent medical care, was given Motrin, and was not transferred to a medical unit. RMH was not transferred to a medical unit where he could receive the necessary rehabilitation and have the prescribed medication administered. RMH continued to complain of chest pain and fatigue. RMH's cardiac surgery required post-operative medication to keep the 6 arteries that had been repaired patent. Although prescribed, RMH was not given these medications, as indicated by the toxicology results contained in the autopsy report.

Therefore, the 6 vessels re-stenosed, depriving the heart muscles of necessary oxygenated blood supply resulting in a slow and painful death. RMH collapsed on the evening of August 30, 2018. RMH was observed by several inmates who attempted CPR. An hour later, RMH was transported by ambulance to Medical Center of the Southeast TX, wherein he was pronounced dead. RMH's family (emergency contact) was not contacted and informed of his cardiac surgery, his hospitalization, or his death. An inmate, who had been provided a contact phone number by RMH, to use in the event he collapsed, informed the family. What happened to RMH was nothing short of, not only medical malpractice, but a violation of his civil rights. RMH was denied his basic right to appropriate medical care while under the direct supervision of the federal government.

On February 4, 2019, a Freedom of Information (FOIA) request was made to secure the records from FCI-Low Beaumont. Acknowledgement of receipt was received from the U.S. Department of Justice Federal Bureau of Prison in June of 2019. A FOIA request was again submitted June 13, 2019 and followed April 17, 2020. The FOIA website indicates that the request was received in June 2019 and has the status of DAddRvwLog. I did not receive these records until February 4, 2021.

**Steven Robert Hamilton**
**317 S Houston**
**DeLeon TX 76444**
**210-596-7866**

August 20, 2021

**VIA USPS EXPRESS PRIORITY MAIL #** EJ 843 042 971 US
Beaumont Division
Jack Brooks Federal Building and United States Courthouse
300 Willow Street Suite 104
Beaumont, Texas 77701

Re:   **CLAIMANT:**        **Steven Robert Hamilton**
      **DECEASED:**        **Robert Mark Hamilton**
      **PRO SE ORIGINAL COMPLAINT**

Dear District Clerk:

   Enclosed please find my Pro Se General Complaint and Cover Sheet along with the sum of Four hundred and two dollars and no cents ($402.00) to cover the filing fee. Please file this matter and forward to the Beaumont Division. Your assistance is greatly appreciated.

   Please feel free to call if you should have any questions.

                                            Sincerely,

                                            *[signature]*
                                            **Steven Robert Hamilton**
                                            **Pro Se**

Enclosures

JS 44 (Rev. 04/21)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
STEVEN ROBERT HAMILTON, INDIVIDUALLY, AND AS HEIR TO AND REPRESENTATIVE OF THE ESTATE OF

### DEFENDANTS
UNITED STATES OF AMERICA

**(b)** County of Residence of First Listed Plaintiff: **Comanche County**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant: **WASHINGTON DC**
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED.

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
PRO SE, STEVEN ROBERT HAMILTON
417 S HOUSTON, DELEON TX 76444
210-596-7866

Attorneys *(If Known)*
MERRICK GARLAND

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- [ ] 1 U.S. Government Plaintiff
- [ ] 3 Federal Question *(U.S. Government Not a Party)*
- [X] 2 U.S. Government Defendant
- [ ] 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | [ ] 1 | [ ] 1 | Incorporated or Principal Place of Business In This State | [ ] 4 | [ ] 4 |
| Citizen of Another State | [ ] 2 | [ ] 2 | Incorporated and Principal Place of Business In Another State | [ ] 5 | [ ] 5 |
| Citizen or Subject of a Foreign Country | [ ] 3 | [ ] 3 | Foreign Nation | [ ] 6 | [ ] 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | 625 Drug Related Seizure of Property 21 USC 881 | 422 Appeal 28 USC 158 | 375 False Claims Act |
| 120 Marine | 310 Airplane | 365 Personal Injury - Product Liability | 690 Other | 423 Withdrawal 28 USC 157 | 376 Qui Tam (31 USC 3729(a)) |
| 130 Miller Act | 315 Airplane Product Liability | 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | **INTELLECTUAL PROPERTY RIGHTS** | 400 State Reapportionment |
| 140 Negotiable Instrument | 320 Assault, Libel & Slander | | | 820 Copyrights | 410 Antitrust |
| 150 Recovery of Overpayment & Enforcement of Judgment | 330 Federal Employers' Liability | 368 Asbestos Personal Injury Product Liability | | 830 Patent | 430 Banks and Banking |
| 151 Medicare Act | 340 Marine | | | 835 Patent - Abbreviated New Drug Application | 450 Commerce |
| 152 Recovery of Defaulted Student Loans (Excludes Veterans) | 345 Marine Product Liability | **PERSONAL PROPERTY** | | 840 Trademark | 460 Deportation |
| 153 Recovery of Overpayment of Veteran's Benefits | 350 Motor Vehicle | 370 Other Fraud | **LABOR** | 880 Defend Trade Secrets Act of 2016 | 470 Racketeer Influenced and Corrupt Organizations |
| 160 Stockholders' Suits | 355 Motor Vehicle Product Liability | 371 Truth in Lending | 710 Fair Labor Standards Act | | 480 Consumer Credit (15 USC 1681 or 1692) |
| 190 Other Contract | 360 Other Personal Injury | 380 Other Personal Property Damage | 720 Labor/Management Relations | **SOCIAL SECURITY** | 485 Telephone Consumer Protection Act |
| 195 Contract Product Liability | | 385 Property Damage Product Liability | 740 Railway Labor Act | 861 HIA (1395ff) | 490 Cable/Sat TV |
| 196 Franchise | [X] 362 Personal Injury - Medical Malpractice | | 751 Family and Medical Leave Act | 862 Black Lung (923) | 850 Securities/Commodities/ Exchange |
| | | | | 863 DIWC/DIWW (405(g)) | |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | 790 Other Labor Litigation | 864 SSID Title XVI | 890 Other Statutory Actions |
| 210 Land Condemnation | 440 Other Civil Rights | **Habeas Corpus:** | 791 Employee Retirement Income Security Act | 865 RSI (405(g)) | 891 Agricultural Acts |
| 220 Foreclosure | 441 Voting | 463 Alien Detainee | | | 893 Environmental Matters |
| 230 Rent Lease & Ejectment | 442 Employment | 510 Motions to Vacate Sentence | | **FEDERAL TAX SUITS** | 895 Freedom of Information Act |
| 240 Torts to Land | 443 Housing/ Accommodations | 530 General | | 870 Taxes (U.S. Plaintiff or Defendant) | 896 Arbitration |
| 245 Tort Product Liability | 445 Amer. w/Disabilities - Employment | 535 Death Penalty | **IMMIGRATION** | 871 IRS—Third Party 26 USC 7609 | 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| 290 All Other Real Property | 446 Amer. w/Disabilities - Other | **Other:** 540 Mandamus & Other | 462 Naturalization Application | | |
| | 448 Education | 550 Civil Rights | 465 Other Immigration Actions | | 950 Constitutionality of State Statutes |
| | | 555 Prison Condition | | | |
| | | 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- [X] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from Another District *(specify)*
- [ ] 6 Multidistrict Litigation - Transfer
- [ ] 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
FEDERAL TORT CLAIMS ACT 28 U.S.C. SECTIONS 1346(b), 2671-2680 ET SEQ

Brief description of cause:
WRONGFUL DEATH MEDICAL MALPRACTICE, DECEASED SENT TO WRONG UNIT NAD NOT GIVEN POST-OP CARE

## VII. REQUESTED IN COMPLAINT:
- [ ] CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
- DEMAND $ $250,000.00
- CHECK YES only if demanded in complaint:
- JURY DEMAND: [ ] Yes [ ] No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE: AUGUST 20, 2021
SIGNATURE OF ATTORNEY OF RECORD: *Steven R. Hamilton, Pro Se*

**FOR OFFICE USE ONLY**

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP

BC
8/21/21

PS10001000006

EP13F May 2020
OD: 12 1/2 x 9 1/2

---

**UNITED STATES POSTAL SERVICE®** | **PRIORITY MAIL EXPRESS®**

EJ 843 042 971 US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE ( 210 ) 596-7866

Steven R. Hamilton
317 S Houston
DeLeon TX 76444

CLERK, U.S. DISTRICT COURT
RECEIVED
AUG 23 2021
EASTERN DISTRICT OF TEXAS
BEAUMONT, TEXAS

**DELIVERY OPTIONS (Customer Use Only)**
☐ SIGNATURE REQUIRED
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)*

TO: (PLEASE PRINT)   PHONE ( )
Beaumont Division
Jack Brooks Federal Building +
US Courthouse
300 Willow Street Suite 104
Beaumont, Texas
ZIP+4® (U.S. ADDRESSES ONLY)
7 7 7 0 1

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 insurance included.

← PEEL FROM THIS CORNER

**PAYMENT BY ACCOUNT (if applicable)**

**ORIGIN (POSTAL SERVICE USE ONLY)**
☑ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO
PO ZIP Code: 76401
Scheduled Delivery Date: 8-21-21
Postage: $
Date Accepted: 8-20-21
Scheduled Delivery Time: 6:00 PM
Insurance Fee: $
COD Fee: $
Time Accepted: 3:50 PM
Return Receipt Fee: $
Live Animal Transportation Fee: $
Weight: ☑ Flat Rate
Acceptance Employee Initials: KK
Total Postage & Fees: $26.35

**DELIVERY (POSTAL SERVICE USE ONLY)**

LABEL 11-B, MAY 2021   PSN 7690-02-000-9996


UNITED STATES POSTAL SERVICE®