IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| STEVEN ROBERT HAMILTON, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CIVIL ACTION NO. 1:21-CV-454 |
| UNITED STATES OF AMERICA, et al., | § § § | |
| *Defendants*. | § § § | |

ORDER ADOPTING
MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

This Court referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge, for consideration. On November 18, 2021, Judge Stetson issued a Report and Recommendation in which she recommended that the Court dismiss this case without prejudice for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). [Dkt. 5]. On November 29, 2021, certified mail reveals Plaintiff's receipt of the report. [Dkt. 6]. To date, the parties have not filed objections to the report.

The Court has reviewed Judge Stetson's report and agrees with the case's disposition. The Court therefore ORDERS that the Report and Recommendation [Dkt. 5] is ADOPTED.

**SIGNED this 15th day of December, 2021.**

Michael J. Truncale
United States District Judge